# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **ELBERT D. SAYERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:06-CV-17 |
| ) | (PHILLIPS/SHIRLEY)) |
| **JO ANNE B. BARNHART,** ) | |
| **Commissioner of** ) | |
| **Social Security,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge C. Clifford Shirley on December 14, 2006 [Doc. 18]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the Court is in complete agreement with Magistrate Judge Shirley's recommendation. Therefore, the Court **ACCEPTS IN WHOLE** the Report and Recommendation. It is further **ORDERED** that the plaintiff's motion for summary judgement on the pleadings to reverse the Commissioner's decision [Doc. 14] is **DENIED**; the Commissioner's motion for summary judgement [Doc. 16] is **GRANTED**; the Commissioner's decision in this case denying the plaintiff's application for disability insurance benefits and supplemental security income is **AFFIRMED**; and this case is **DISMISSED**.

    **ENTER:**

    s/Thomas W. Phillips
    United States District Judge